

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

John Louis Atkins,                          * From the 104th District Court
                                              of Taylor County
                                              Trial Court No. 20106B.

Vs. No. 11-18-00056-CR                      * March 19, 2020

The State of Texas,                         * Memorandum Opinion by Wright, S.C.J.
                                              (Panel consists of: Bailey, C.J.,
                                              Stretcher, J., and Wright, S.C.J.,
                                              sitting by assignment)
                                              (Willson, J., not participating)

     This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.